AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

JACIE ELIZABETH KYGER
*Petitioner*

v.

Case No. 23-2367-NJR
*(Supplied by Clerk of Court)*

Eric Williams - Warden - FCI Greenville
*Respondent*
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: JACIE ELIZABETH KYGER
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: GREENVILLE SPC
   (b) Address:
   (c) Your identification number: 16921-084
3. Are you currently being held on orders by:
   ☒ Federal authorities  ☐ State authorities  ☐ Other - explain:
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Western District of Virginia
   (b) Docket number of criminal case: 5:12-cr-42
   (c) Date of sentencing: 07/24/2012
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

**Decision or Action You Are Challenging**

5. What are you challenging in this petition:
   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Federal Bureau of Prison

   (b) Docket number, case number, or opinion number: #16921-084
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   FBOP refuse to give petitioner her earned FSA credits towards her current sentence.

   (d) Date of the decision or action: 01/2023

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes    ☒ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

   (b) If you answered "No," explain why you did not appeal: Administrative Remedy process is futile

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes    ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: _____
    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal:   <u>Administrative process is futile</u>

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes    ☐ No
(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: _____
    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes    ☒ No
If "Yes," answer the following:
(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
    ☐ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes    ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____
_____
_____
_____
_____
_____

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes    ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____
_____
_____
_____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes   ☒ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes   ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____
(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____
_____
_____
_____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** FBOP fail to give petitioner her earned FSA Credits, which is 365 days, towards her current sentence due to her charges.

(a) Supporting facts (Be brief. Do not cite cases or law.):
Petitioner charges are 21 USC 841(b)(1)(c) which is not an disqualifying offense of the FSA Law. See attached Statue, however, FBOP failed to apply petitioner credits due to this charge. See Exhibit A

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes    ☐ No

**GROUND TWO:** Unlawful Detention

(a) Supporting facts (Be brief. Do not cite cases or law.):
Petitioner is currently held against her will due to not receiving her earned FSA credits that she has earned while in FBOP custody.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    ☐ No

**GROUND THREE:** FBOP gave petitioner 365 days of earned FSA credits toward her current sentence, however, FBOP took the 365 earned FSA credits back due to her charges.

(a) Supporting facts (Be brief. Do not cite cases or law.):
Petitioner's current charges does not disqualify her to not receieve earned FSA credits, See FSA Law and disqualifying charges.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes          ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

### Request for Relief

15. State exactly what you want the court to do:   Petitioner is asking this Honorable Courts to instruct the FBOP to apply petitioner's earned FSA credits towards her current sentence.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 7/5/23

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

## THE FIRST STEP ACT OF 2018: Earned Time Credits
Sentencing Resource Counsel for the Federal Public and Community Defenders (updated Nov. 2019)

### Important Dates

[Jan]uary 2020: BOP to post full list of approved programs on [ww]w.bop.gov

[Jan]uary 15, 2020: BOP to complete initial risk and needs [asse]ssment for each prisoner and "begin" to assign programming

[Jan]uary 15, 2022: BOP must provide evidence-based recidivism [redu]ction programs or productive activities for all inmates.

[18] U.S.C. § 3621(h); Dep't of Just, *The First Step Act of 2018: Risk [& N]eeds Assessment System*, at 71.

### Incentives

1) Phone & visitation privileges
2) Transfer closer to home
3) Additional rewards developed by BOP (commissary, email, preferred housing units, etc.)
4) Earned Time Credits (ETCs)

See 18 U.S.C. § 3632(d)(1) – (4)

### Acquiring "Earned Time Credits" (ETCs)

[El]igible persons: earn **10 days** of ETCs for "every 30 days of successful participation in evidence-based [reci]divism reduction programming or productive activities"

[Perso]ns in min/low risk categories who, "over 2 consecutive assessments"* have not increased their risk [categ]ory shall earn "an **additional 5 days** of time credits for every 30 days of successful participation in [evide]nce-based recidivism reduction programming or productive activities"

[*Pers]ons who "successfully participate" in programming shall receive reassessments "not less often than [annu]ally." Persons in medium/high risk categories who are less than 5 years from release shall receive [more] frequent" reassessments.

[1]8 U.S.C. § 3632(d)(4), (5)

### Using "Earned Time Credits" (ETCs)

[ETC]s can be used when accumulated credits are equal to remainder of prison term.

[For p]rerelease custody (home confinement or RRC):
(1) Min/Low risk for last 2 reassessments; **or**
(2) Warden approval after determining (a) no danger to society; (b) good-faith effort to lower recidivism risk through programming; and (c) unlikely to recidivate

[For s]upervised released (not to exceed 12 months):
(1) Min/Low risk for last reassessment; **or**
(2) Warden approval after determining (a) no danger to society; (b) good-faith effort to lower recidivism risk through programming; and (c) unlikely to recidivate

18 U.S.C. § 3624(g)

### ✱ Ineligible for ETCs

If "serving a sentence for a conviction" under any of the following:

- 18 U.S.C. § 32
- 18 U.S.C. § 33
- 18 U.S.C. § 36
- 18 U.S.C. § 81
- 18 U.S.C. § 111(b)
- 18 U.S.C. § 113(a)(1), (7), (8)
- 18 U.S.C. § 115, except threats
- 18 U.S.C. § 116
- 18 U.S.C. § 117
- Ch. 10 (biological weapons)
- Ch. 11B (chemical weapons)
- 18 U.S.C. § 351
- 18 U.S.C. § 521
- 18 U.S.C. § 751
- 18 U.S.C. § 793
- 18 U.S.C. § 794
- Ch. 39 (explosives), except § 836
- 18 U.S.C. § 842(p) if weapon of mass destruction)
- 18 U.S.C. § 844(f)(3), (h), (i)
- 18 U.S.C. § 871
- 18 U.S.C. § 879
- 18 U.S.C. § 924(c)
- 18 U.S.C. § 1030(a)(1)
- 18 U.S.C. § 1091
- Ch. 51 (homicide) except §§ 1112, 1113 (att. mansl.), 1115, 1122
- Ch. 55 (kidnapping)
- Ch. 77 (slavery/peonage) except §§ 1593 – 1596
- 18 U.S.C. § 1751
- 18 U.S.C. § 1791
- 18 U.S.C. § 1792
- 18 U.S.C. § 1841(a)(2)(C)
- 18 U.S.C. § 1992
- 18 U.S.C. § 2113(e)
- 18 U.S.C. § 2118(c)
- 18 U.S.C. § 2119
- Ch. 105 (sabotage) except § 2152
- Ch. 109A (sex abuse)
- 18 U.S.C. § 2250
- 18 U.S.C. § 2251
- 18 U.S.C. § 2251A
- 18 U.S.C. § 2252
- 18 U.S.C. § 2252A
- 18 U.S.C. § 2260
- 18 U.S.C. § 2283
- 18 U.S.C. § 2284
- 18 U.S.C. § 2291 if sub. risk of death/SBI
- Ch. 113B (terrorism)
- 18 U.S.C. § 2340A
- 18 U.S.C. § 2381
- 18 U.S.C. § 2442
- 18 U.S.C. § 3559(c)(2)(F) if +1 year imprisonment and if certain prior convictions
- 42 U.S.C. § 2077(b)
- 42 U.S.C. § 2122
- 42 U.S.C. § 2131
- 42 U.S.C. § 2274
- 42 U.S.C. § 2275
- 42 U.S.C. § 2284
- 49 U.S.C. § 60123(b) if sub. risk of death/SBI
- 21 U.S.C. § 841(b)(1)(A-C) if death/SBI resulted
- 8 U.S.C. § 1326(b)(1), (2)
- 8 U.S.C. § 1327
- 8 U.S.C. § 1328
- 50 U.S.C. § 4611 et seq.
- 50 U.S.C. § 1705
- 50 U.S.C. § 3121
- 21 U.S.C. §§ 841(b)(1)(A)-(B) or 960(b)(1)-(2) if for fentanyl/analogue

**Court-found ineligibilities:**
- 21 U.S.C. §§ 841(b)(1)(A)-(B) or 960(b)(1)-(2) if heroin and court finds role enhancement
- 21 U.S.C. §§ 841(b)(1)(A)-(B) or 960(b)(1)-(2) if meth and court finds role enhancement
- 21 U.S.C. §§ 841(b)(1)(A)-(B) or 960(b)(1)-(2) for any drug if court finds offense involved fentanyl/analogue and role enhancement

**Deportable persons:** ineligible to apply time credits if subject to a final order of removal under any provision of the INA

See 18 U.S.C. § 3632(d)(4)(D)-(E)

KNOXVILLE TN 377
6 JUL 2023 PM 2 L

United States District Court
Southern District of Illinois
E. St. Louis Illinois
750 Missouri Ave.
E. St. Louis, IL 62201

62201-295429

Jacie Jyger
125 Doc Hawkens Rd
Greeneville, TN 37745

RECEIVED

JUL 1 0 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE